IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **HERBERT PENN,** | * | |
| **Plaintiff** | * | |
| v. | * | **CIVIL NO. JKB-13-0785** |
| **NRA GROUP, LLC,** *et al.***,** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, it is hereby ORDERED:

1. Plaintiff's motion to strike the affidavit of Charlene Sarver (ECF No. 42) is MOOT.

2. Defendant's motion for summary judgment (ECF No. 38) is GRANTED.

3. Judgment is ENTERED for Defendant.

4. The Clerk shall CLOSE the case.

DATED this 1st day of July, 2014.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge